## UTILITY COAL CO. et al. v. CLARK.

No. 25208. March 5, 1935.

Geo. S. Ramsey, C. J. Pinkston, Villard Martin, and Garrett Logan, for petitioners.

Anton Koch, for respondent.

BAYLESS, J. This case is a companion case to No. 25207, Utility Coal Company, Petitioner, v. Oscar Rogez, Respondent, decided by this court on the 18th day of December, 1934 (170 Okla. 264, 39 P. (2d) 60), and as these two cases were consolidated for the purpose of trial and argued together on appeal and involve identically the same facts and law, the award of the Industrial Commission in this case is affirmed upon the authority of said case.

McNEILL, C. J., OSBORN, V. C. J., and PHELPS and CORN, JJ., concur.

## TAYLOR et al. v. FERREO.

No. 25249. March 5, 1935.

Geo. S. Ramsey, C. J. Pinkston, Villard Martin, and Garrett Logan, for petitioners.

Anton Koch, for respondent.

BAYLESS, J. This case is a companion case to No. 25207, Utility Coal Company, Petitioner, v. Oscar Rogez, Respondent, decided by this court on December 18, 1934 (170 Okla. 264, 39 P. (2d) 60), and as these two cases were tried together and argued together on appeal and involve identically the same facts and law, the award of the Industrial Commission in this case is affirmed upon the authority of said case.

McNEILL, C. J., OSBORN, V. C. J., and PHELPS and CORN, JJ., concur.